IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER TAYLOR, | § | |
| Plaintiff, | § § § | |
| v. | § | 6:17-CV-284-RP |
| CODY STANLEY CONSTRUCTION, LLC, and CODY STANLEY, | § § § § | |
| Defendants. | § § | |

### ORDER

Before the Court is Plaintiff's stipulation of dismissal with prejudice, (Dkt. 6). *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (allowing an action to be dismissed by the plaintiff before the opposing party serves an answer or a motion for summary judgment).

Accordingly, Plaintiff's stipulation of dismissal with prejudice, (Dkt. 6), is **GRANTED**. **IT IS ORDERED** that all claims asserted in this action are hereby **DISMISSED WITH PREJUDICE**. All parties are to bear their own costs and fees. The Clerk's office is directed to **CLOSE** the case.

**SIGNED** on December 18, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE